IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MIRELLE DEVENNEY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| V. § | C.A. NO. 3:21-cv-209 |
| § | |
| EMPOWER BEHAVIORAL HEALTH, LLC, § | |
| § | |
| *Defendant*. § | |

### DEFENDANT EMPOWER BEHAVIORAL HEALTH'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1331, Defendant Empower Behavioral Health ("EBH" or "Defendant"), hereby removes this cause from 327th District Court, El Paso County, Texas, to the United States District Court for the Western District of Texas, El Paso Division and respectfully shows as follows:

### INTRODUCTION

1. On about July 29, 2021, Plaintiff Mirelle Devenney filed Plaintiff's Original Petition (the "Original Petition") in the 327th District Court in El Paso County, Texas, styled *Mirelle Devenney v. Empower Behavioral Health, LLC,* Cause No. 2021DCV2611 (the "State Court Action").

2. A copy of the Original Petition was served on Defendant EBH on August 10, 2021.

3. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all pleadings, process, orders, and other filings in the State Court Action are attached to this notice. *See* Exhibit A.

4. Plaintiff is represented by Enrique Chavez, Jr., State Bar No. 24001873, and Michael R. Anderson, State Bar No, 24087103, both at Chavez Law Firm, 2101 N. Stanton Street, El Paso, Texas, 79902, (915) 351-7772, enriquechavezjr@chavezlawpc.com and manderson@chanvezlawpc.com.

5. Defendant is represented by Keith B. Sieczkowski, State Bar No. 18341650, and Emily K. Arnold, State Bar No. 24105441, both at Branscomb PLLC, 802 N. Carancahua, Suite 1900, Corpus Christi, Texas, 78401, (361) 886-3800, fax (361) 886-3805, ksieczkowski@branscomblaw.com and earnold@branscomblaw.com.

6. In accordance with 28 U.S.C. § 1446 (b) this Notice is being filed with this Court within the 30-day time period after Defendant received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's State Court Action is based.

## BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION

7. As reflected in the Original Petition filed in the State Court Action, Plaintiff alleges that she was discriminated and harassed against because of her race and retaliated against in violation of 42 U.S.C. § 1981. *See* Exhibit A, Plaintiff's Original Petition, p. 6 (generally alleging discrimination and retaliation in violation of 42 U.S.C. § 1981). Plaintiff's claims allegedly arise under federal law. Therefore, the United States district courts have original jurisdiction over Plaintiff's causes of action pursuant to 28 U.S.C. § 1331, and this action is subject to removal to this Court pursuant to 28 U.S.C. § 1441(a).

8. This removal is being filed with this Court because it is in the district and division embracing the place where the state action is pending, El Paso County, Texas, as is required by 28 U.S.C. § 1441(a).

## NOTICE TO STATE COURT

9. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff through her attorney of record in the State Court Action and to the Clerk of the Court in the State Court Action, as required by U.S.C. § 1446(d). A copy of Defendant's Notice to the State Court of its Filing Notice of Removal is attached at Exhibit B.

WHEREFORE, Defendant, EBH, removes this case from the 327th District Court, El Paso County, Texas, to the United States District Court for the Western District of Texas, El Paso Division, and requests that this Court proceed with this action as if it had originally commenced in this Court and make all orders necessary and appropriate to effectuate this removal.

SIGNED and DATED this September 8, 2021.

          Respectfully submitted,

          BRANSCOMB, PLLC
          802 North Carancahua, Suite 1900
          Corpus Christi, Texas 78401
          Telephone: (361) 886-3800
          Facsimile: (361) 886-3805

          By:   */s/ Keith B. Sieczkowski*
          Keith B. Sieczkowski
          *Attorney in Charge*
          State Bar No. 18341650
          Fed. I.D. 7118
          ksieczkowski@branscomblaw.com

          ATTORNEY FOR DEFENDANT
          EMPOWER BEHAVIORAL HEALTH, LLC

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was forwarded to counsel of record, as shown below, on September 8, 2021, in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| Enrique Chavez, Jr.<br>Michael R. Anderson<br>**Chavez Law Firm**<br>2101 N. Stanton Street<br>El Paso, Texas 79902 | *Via email: enriquechavezjr@chavezlawpc.com*<br>*and manderson@chavezlawpc.com*<br>*and efile* |

                                          /s/ Keith B. Sieczkowski
                                          Keith B. Sieczkowski