# ANTCLIFF MEDIATION

**A Professional Limited Liability Corporation**
221 N. Kansas, Suite 609
El Paso, Texas 79901

Tel. (915) 533-1221
Fax. (915) 533-1225

www.antcliffmediation.com
chris@antcliffmediation.com

October 7, 2021

*Sent via facsimile: (915) 534-6604*
Hon. Frank Montalvo
United States District Judge
525 Magoffin Ave.
El Paso, Texas 79901

RE: *Mrelle Devenney v. Empower Behavorial Health, LLC*;
Cause No. EP-21-CV-00209-FM

Dear Judge Montalvo:

    This letter is to inform you that the parties mediated the above-captioned cause with me recently and they were able to reach an agreement. Counsel for the parties will be submitting thee appropriate documents to the Court in the coming weeks.

    As always, if you have any questions or concerns, please feel free to contact me at your convenience.

Very truly yours,

Chris Antcliff

cc:  Mr. Enrique Chavez
      Fax: (915) 351-7773

      Mr. Keith Sieczkowski
      Fax: (361) 886-3805

**Christopher A. Antcliff**
*Attorney/Mediator/Arbitrator*
Former State Court of Appeals Justice
Former State District Court Judge