IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MIRELLE DEVENNEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | C.A. NO. 3:21-cv-209-FM |
| | § | |
| EMPOWER BEHAVIORAL HEALTH, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## JOINT AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2) the Parties move the Court to dismiss this case with prejudice to re-filing the same.

1. The Parties have resolved their dispute and agree to the dismissal of this action with Prejudice as to all claims alleged or that could have been alleged in this case.

2. The Parties agree that all claims should be dismissed with prejudice and costs taxed against the parties incurring same.

WHEREFORE, the Parties jointly request this Court to sign an order dismissing this suit with prejudice to re-filing the same, and that all costs of Court be taxed against the party incurring same.

Dated: October 27, 2021

                                                  Respectfully submitted,

                                                  Chavez Law Firm
                                                  2101 N. Stanton Street
                                                  El Paso, Texas 79902
                                                  (915) 351-7772

                                                    By:    */s/ Enrique Chavez, Jr.*
                                                                Enrique Chavez, Jr.

**ATTORNEYS FOR PLAINTIFF**

**Agreed by:**

**BRANSCOMB, PLLC**
802 North Carancahua, Suite 1900
Corpus Christi, Texas 78401
Telephone: (361) 886-3800
Facsimile: (361) 886-3805

By:    */s/ Keith B. Sieczkowski*
          Keith B. Sieczkowski
          *Attorney in Charge*
          State Bar No. 18341650
          Fed. I.D. 7118
          ksieczkowski@branscomblaw.com

**ATTORNEYS FOR DEFENDANT**
**EMPOWER BEHAVIORAL HEALTH LLC**

## CERTIFICATE OF SERVICE

I hereby certify that October 27, 2021, a true and correct copy of the foregoing was served via electronic service to the following pursuant to the Federal Rules of Civil Procedure:

Mr. Keith B. Sieczkowski
802 North Carancahua, Suite 1900
Corpus Christi, Texas 78401

                                                    By:    */s/ Enrique Chavez, Jr.*
                                                                  Enrique Chavez, Jr.