# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| MIRELLE DEVENNEY, | § § § | |
| Plaintiff | § § | |
| v. | § § | EP-21-CV-00209-FM |
| EMPOWER BEHAVIOR HEALTH, LLC, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the court is "Joint Agreed Motion to Dismiss with Prejudice" ("Stipulation") [ECF No. 4], filed October 28, 2021 by Plaintiff Mirelle Devenney and Defendant Empower Behavior Health, LLC (collectively, "Parties"). Therein, the Parties stipulate to dismissal of this cause with prejudice under Federal Rule of Civil Procedure ("Rule") 41(a)(2).[1] Although the Parties request dismissal under to Rule 41(a)(2), Rule 41(a)(1)(A)(ii) is the more appropriate dismissal provision. Pursuant to Rule 41(a)(1)(A)(ii) "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2] The Stipulation is signed by the Parties' attorneys. Therefore, the Stipulation is granted under Rule 41(a)(1)(A)(ii).

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

---

[1] "Joint Agreed Motion to Dismiss with Prejudice" 1, ECF No. 4, filed Oct. 28, 2021.

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

1

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this 17 day of **November 2021.**

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**